473 A.2d 660

Commonwealth v. Samson, Appellant.

Submitted December 14, 1983. Bert Ryland Wiggs, III, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Affirmed.